

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC WAVE HOLDINGS, LLC; et. al., | Case No.: 3:24-cv-00196-RBM-VET |
| Plaintiffs, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| CYBERLUX CORPORATION; et. al., | |
| Defendants. | |

On July 1, 2024, the Court ordered the parties to show cause ("Order") why Defendants' Amended Counterclaims should not be dismissed under the doctrine of forum non conveniens. (Doc. 31.)

On July 3, 2024, Defendants Cyberlux Corporation and Mark D. Schmidt ("Defendants") submitted a response to the Court's Order.[1] (Doc. 33.) Defendants explained that they agree "with the Court that the parties' disputes regarding the Settlement

---

[1] Plaintiffs Atlantic Wave Holdings, LLC; Secure Community, LLC; and StrikePoint Consulting, LLC (collectively, "Plaintiffs") did not file an opposition or otherwise respond to the Court's Order.

1

3:24-cv-00196-RBM-VET

Agreement, the Stipulated Judgment, and the interrelationship between the two should be adjudicated in Virginia as contemplated by the Settlement Agreement" and indicated that they would "be filing [their] civil action against Atlantic Wave in Virginia within the next few days[.]" (*Id.* at 2.)  Defendants requested "that the Court stay all proceedings until July 10, 2024, to allow [Defendants] to file [their] Virginia civil action, after which [Defendants] consent[] to this Court's dismissal, without prejudice, of its Amended Counterclaim[s] pursuant to forum non conveniens." (*Id.* at 3.)

On July 9, 2024, the Court stayed all proceedings until July 12, 2024.  (Doc. 34 at 2.)  The Court noted that, following the stay, the Court would dismiss the action under the doctrine of forum non conveniens.  (*Id.*)

Accordingly, the Court **DISMISSES** this action in its entirety **WITHOUT PREJUDICE**.  The Court also **DENIES** Plaintiffs' Special Motion to Strike Defendants' Amended Counterclaims Pursuant to Pursuant to Code of Civil Procedure § 425.16 (Doc. 13) as **MOOT**.

**IT IS SO ORDERED.**

DATE:  July 16, 2024

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

2